IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re
BYRON V. FLORES                              CASE NO. 20-15320-LMI
Debtor.                                      CHAPTER 13

## MOTION FOR RELIEF FROM STAY

Comes now, BRIDGECREST CREDIT COMPANY, LLC, ("CREDITOR"), moves the Court for the entry of an order granting it relief from the automatic stay and for grounds says as follows:

1. This Court has jurisdiction under 28 U.S.C. §1334 and 11 U.S.C. § 362.

2. On 4/8/2017, Debtor executed and delivered a Simple Interest Retail Installment Contract wherein he promised to make a total of payments of $20,926.81 payable in 103 consecutive bi-weekly installments of $201.22 and a final payment of $201.15. The first payment was to be made on 04/08/2017.

3. The Affidavit of the Creditor is attached hereto as Exhibit "A".

4. To secure all payments under the contract Debtor granted a security interest in the following described property: 2016 KIA RIO, VIN KNADM4A38G6575991

A copy of the Simple Interest Retail Installment Contract and the Lien and Title Information Report is attached hereto as Exhibit "B".

5. The Debtor has defaulted in the following particulars:

___x___  Failing to make Direct payments pursuant to the loan agreement. The Debtor failed to the make the payment due on 5/30/20, and all subsequent payments. As of 7/30/2020, the account is delinquent in the amount of $1,011.10. Debtor's plan proposes that Debtor will pay Bridgecrest Credit Company, LLC direct.

6. As of 7/30/2020, the net rebated payoff is $4,568.29. The estimated value is $7,425.00.

A copy of the NADA is attached hereto as Exhibit "C".

7. The address for post petition payments is Bridgecrest Credit Company, LLC, P O BOX 29018, Phoenix AZ 85038.

8. The Indebtedness Worksheet is completed and marked hereto as Exhibit "D".

9. The Creditor requests this court waiver the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

10. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay, the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

11. The Creditor has had to incur additional expense in order to collect this post-petition debt in the form of attorney fees and costs and requests this Court award the Creditor reasonable Attorney's fees and costs associated with this matter.

WHEREFORE, CREDITOR requests the entry of an order granting it relief from the automatic stay.

      /s/ KENT D. MCPHAIL  
KENT D. MCPHAIL, ESQ.  
Florida Bar No. 0852767  
Kent McPhail & Associates, LLC  
P. O. Box 870  
Mobile, AL   36601  
Phone (251)438-2333  
Facsimile (251) 438-2367  
Email: kent@kmcphail.law

CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have on this the 7th day of August 2020, served a copy of the above and foregoing Motion for Relief from Stay on to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
BYRON V. FLORES
14035 NW 3RD AVE
MIAMI FL 33168

ECF FILING NOTIFICATION
ROBERT SANCHEZ
ATTORNEY FOR DEBTOR
355 W 49 ST
HIALEAH FL 33012
court@bankruptcyclinic.com

ECF FILING NOTIFICATION
NANCY K. NEIDICH
TRUSTEE
P O BOX 279806
MIRAMAR FL 33027
E2c8f01@ch13miami.com

ECF FILING NOTIFICATION
OFFICE OF THE U.S. TRUSTEE
51 SW 1ST AVE STE 1204
MIAMI FL 33130
USTPRegion21.MM.ECF@usdoj.gov

                                               /s/ KENT D. MCPHAIL
                                              KENT D. MCPHAIL