

**ORDERED in the Southern District of Florida on August 16, 2020.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Byron Flores                                   Case No: 20-15320-LMI
                                                         Chapter 13

            Debtor            /

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

THIS MATTER having come to be heard on August 6, 2020 upon Debtor's Motion to Determine Joint Creditors [ECF#24], IT IS;

ORDERED AND ADJUDGED:

1. Debtor's Motion to Determine there are no joint Creditors is granted.
2. The debtor's exemptions are allowed as claimed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.