| Fill in this information to identify the case: |
|---|
| Debtor 1   Byron V Flores |
| Debtor 2   _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of FLORIDA |
| Case number 20-15320 |

# Official Form 410S1
# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, as Trustee for BNC Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1

**Last 4 digits** of any number you use to identify the debtor's account: 0296

**Court claim no.** (if known): 4-2

**Date of payment change:** 8/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,563.15
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   Current escrow payment: $654.96        New escrow payment: $797.97

## Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   Current interest rate:                    New interest rate:

   Current principal and interest payment:   New principal and interest payment:

## Part 3:   Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:            New mortgage payment:

Official Form 410S1              Notice of Mortgage Payment Change              page 1

Debtor 1 <u>Byron V Flores</u>
       Print Name     Middle Name     Last Name

Case number *(if known)* <u>20-15320</u>

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Nathalie Rodriguez</u>
   Signature

Date <u>June 23, 2021</u>

Print <u>Nathalie Rodriguez,</u>
     First Name     Middle Name     Last Name

Title <u>Authorized Agent for Creditor</u>

Company <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address <u>6409 Congress Avenue, Suite 100</u>
     Number    Street

<u>Boca Raton FL 33487</u>
City                                  State      ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>NRodriguez@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Byron V Flores
aka Byron Flores
aka Byron Valdemar Flores
14035 NW 3rd Avenue
Miami, FL 33168-4009

And via electronic mail to:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/   Jessica A. Seamon



C/O PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

# Your annual escrow statement
May 17, 2021

Loan number:

### Questions?

**Visit us at**
www.MortgageQuestions.com
**Call toll free** 1-888-820-6474
**Fax** 1-856-917-8300

BYRON V FLORES
ILIANA M MONTIJO-FLORES
14035 NW 3RD AVE
MIAMI, FL  33168-4009

### Why am I getting this statement?

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on May 14, 2020 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

### What does this mean to me?

Because your escrow account is projected to have less money than is needed, there is a shortage of **$2,060.17.**

The monthly shortage for the next 36 months is **$57.23** and will automatically be added to your monthly payment beginning **August 2021.** Your new monthly payment for **August 2021** will be **$1,563.15.**

### What is a shortage?

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of July 31, 2021): | -$ 7,709.41 |
| Escrow adjusted per Proof of Claim* | $7,130.70 |
| **Required** escrow account balance (as of July 31, 2021 ): | $1,481.46 |
| **Difference resulting in an escrow account shortage:** | $2,060.17 |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➔

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

## What is my new monthly payment?

**The following table reflects your current monthly payment and new monthly payment:**

|  | Current Payment | New Payment with Shortage |
|---|---|---|
| Principal & Interest | $765.18 | $765.18 |
| Escrow Deposit | $654.96 | $740.74 |
| Escrow Shortage |  | $57.23 |
| **Total Payment** | **$1,420.14** | **$1,563.15** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

### Payment Change Breakdown

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $740.74, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the August 2021 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $2,728.55 | $2,789.86 |
| Insurance | $5,131.00 | $6,099.00 |
| **TOTAL** | **$7,859.55** | **$8,888.86** |

### Prior Year Account History and Coming Year Projections

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $1,481.48 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $7,709.39- will be reached in July 2022. When subtracted from your minimum required balance of $1,481.48, an Escrow Shortage results in the amount of $2,060.17. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-888-820-6474**.



C/O PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

# Your annual escrow statement (continued)
May 17, 2021

BYRON V FLORES
ILIANA M MONTIJO-FLORES
14035 NW 3RD AVE
MIAMI, FL  33168-4009

Loan number: 

## Questions?

Visit us at
www.MortgageQuestions.com
Call toll free 1-888-820-6474
Fax 1-856-917-8300

## ■ Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | - 7,709.41 | 1,481.46 |
| Aug 2021 | | 740.74 | | -6,968.67 | 2,222.20 |
| Sep 2021 | | 740.74 | | -6,227.93 | 2,962.94 |
| Oct 2021 | | 740.74 | | -5,487.19 | 3,703.68 |
| Nov 2021 | COUNTY TAX | 740.74 | 2,789.86 | -7,536.31 | 1,654.56 |
| Dec 2021 | | 740.74 | | -6,795.57 | 2,395.30 |
| Jan 2022 | | 740.74 | | -6,054.83 | 3,136.04 |
| Feb 2022 | | 740.74 | | -5,314.09 | 3,876.78 |
| Mar 2022 | | 740.74 | | -4,573.35 | 4,617.52 |
| Apr 2022 | | 740.74 | | -3,832.61 | 5,358.26 |
| May 2022 | | 740.74 | | -3,091.87 | 6,099.00 |
| Jun 2022 | | 740.74 | | -2,351.13 | 6,839.74 |
| Jul 2022 | HAZARD INS. | 740.74 | 6,099.00 | -7,709.39 | 1,481.48 **LP** |
| **Total** | | **$8,888.88** | **$8,888.86** | | |

**LP** - indicates your required escrow lowest balance

## ■ Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Amounts paid into your escrow account Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Amounts paid out of your escrow account Actual ($) | Escrow account balance Anticipated ($) | Escrow account balance Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 5,239.71 | -7,785.63 |
| Jun 2020 | HAZARD INS. | 654.96 | * | | 6,099.00* | 5,894.67 | -13,884.63 |
| Jul 2020 | HAZARD INS. | 654.96 | * | 5,131.00 | * | 1,418.63 | -13,884.63 |
| Aug 2020 | | 654.96 | * | | | 2,073.59 | -13,884.63 |
| Sep 2020 | | 654.96 | * | | | 2,728.55 | -13,884.63 |
| Oct 2020 | | 654.96 | * | | | 3,383.51 | -13,884.63 |
| Nov 2020 | COUNTY TAX | 654.96 | * | 2,728.55 | 2,789.86* | 1,309.92 | -16,674.49 |
| Dec 2020 | | 654.96 | * | | | 1,964.88 | -16,674.49 |
| Jan 2021 | | 654.96 | * | | | 2,619.84 | -16,674.49 |
| Feb 2021 | | 654.96 | * | | | 3,274.80 | -16,674.49 |
| Mar 2021 | | 654.96 | 4,584.72* | | | 3,929.76 | -12,089.77 |
| Apr 2021 | | 654.96 | 2,619.84* | | | 4,584.72 | -9,469.93 |
| May 2021 | | 654.96 | 6,549.60 E | | E | 5,239.68 | -2,920.33 |
| Jun 2021 | | | 654.96 E | | E | 5,239.68 | -2,265.37 |
| Jul 2021 | HAZARD INS. | | 654.96 E | | 6,099.00 E | 5,239.68 | -7,709.41 |
| **Total** | | **7,859.52** | **15,064.08** | **7,859.55** | **14,987.86** | | |