Fill in this information to identify the case:

Debtor 1  Byron V Flores
          aka Byron Flores
          aka Byron Valdemar Flores

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 20-15320-LMI

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1**    Court claim no. (if known): 4-1

Last 4 digits of any number you use to identify the debtor's account: 0296

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice:

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 5/26/2020 | (5) | $700.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Proof of Claim 410A | 5/26/2020 | (11) | $250.00 |
| 12 | Other. Specify: Plan Review | 5/27/2020 | (12) | $250.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1 <u>Byron V Flores</u>  Case number *(if known)* <u>20-15320-LMI</u>
<u>aka Byron Flores</u>
<u>aka Byron Valdemar Flores</u>
  Print Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Keith Labell</u>    Date <u>October 5, 2020</u>
 Signature

Print <u>Keith Labell</u>  Title <u>Authorized Agent</u>
  First Name Middle Name Last Name

Company <u>Robertson, Anschutz & Schneid, P.L.</u>

Address <u>6409 Congress Ave., Suite 100</u>
  Number Street

  <u>Boca Raton, FL 33487</u>
  City  State ZIP Code

      Email <u>klabell@rasflaw.com</u>

Contact Phone <u>470-321-7112</u>

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 2

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on ___October 5, 2020___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Byron V Flores
14035 NW 3rd Avenue
Miami, FL 33168-4009

And via electronic mail to:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                                   By: /s/ Sacoria Registre
                                                          Sacoria Registre
                                                         sregistre@rascrane.com

**Robertson, Anschutz & Schneid, P.L.**

6409 N. Congress AVE.

Boca Raton, FL 33487 2853

Phone No: (561) 495-7554

Fax No: (561) 241-6606

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Jodi Camille |
| Mount Laurel, NJ 08054 | | Date Submitted: | 5/26/2020 |
| Re: | FLORES BYRON V<br>14035 NW 3RD AVE<br>MIAMI, FL 33168 4009 | Invoice Date: | 5/26/2020 |
| | | Vendor Ref #: | |
| Loan #: | 0296 | Vendor Code: | |
| Loan Type: | Conventional | Payee Code: | |
| Inv. ID / Cat. ID: | / | Type: | Non Judicial |
| Cost Center: | | Referral Date | 5/21/2020 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $314,500.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 20-15320-LMI | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/26/2020 | 6/15/2020 | 6/18/2020 | | 6/15/2020 | 6/15/2020 | 6/17/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 05/26/2020 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |
| **Note:** Bankruptcy Proof of Claim BK_RECOVERABLE<br>Service From Date: 5/26/2020   Service To Date: 5/26/2020 | | | | | | | | |
| Attorney Fees - Bankruptcy Fee | | | 05/26/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note:** Per Ocwen directive, Bankruptcy Fee Line item used for Bankruptcy Proof of Claim-Part 5(410A) Recoverable<br>Service From Date: 5/26/2020   Service To Date: 5/26/2020 | | | | | | | | |
| | | | | | | $950.00 | $0.00 | $950.00 |

| | | | |
|---|---|---|---|
| **Total:** | $950.00 | $0.00 | $950.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 10/02/2020 05:15:54 AM                                                              Pages: 1/ 2

**Robertson, Anschutz & Schneid, P.L.**

6409 N. Congress AVE.

Boca Raton, FL 33487 2853

Phone No: (561) 495-7554

Fax No: (561) 241-6606

**Bankruptcy - Bankruptcy Services - INVOICE**

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Jodi Camille |
| Mount Laurel, NJ 08054 | | Date Submitted: | 5/28/2020 |
| Re: | FLORES BYRON V | Invoice Date: | 5/28/2020 |
| | 14035NW3RD AVE | Vendor Ref #: | |
| | MIAMI, FL 33168 4009 | Vendor Code: | |
| Loan #: | 0296 | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | / | Referral Date | 5/18/2020 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $314,500.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| BK Case No: | 20-15320-LMI | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/28/2020 | 6/16/2020 | 6/18/2020 | | 6/16/2020 | 6/16/2020 | 6/18/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 05/27/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Bankruptcy Plan Review - Bankruptcy Plan Review (recoverable BK-4102). Please note that no documents are filed with BK court for Plan Review. BK_RECOVERABLE

Service From Date: 5/27/2020         Service To Date: 5/27/2020

| | | | |
|---|---|---|---|
| | $250.00 | $0.00 | $250.00 |

Total: $250.00    $0.00    $250.00

**Invoice Level Exceptions**

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 10/02/2020 05:15:54 AM                                                                                  Pages: 1/ 2