| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Byron V Flores<br>aka Byron Flores<br>aka Byron Valdemar Flores |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the SOUTHERN District of FLORIDA | |
| Case number 20-15320 | |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, as Trustee for BNC Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 0296

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes. Date of the last notice: 03/09/2021

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 2/2/2021, 5/13/2021 | (11) | $300.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| | |
|---|---|
| Debtor 1 <u>Byron V Flores</u><br>aka Byron Flores<br>aka Byron Valdemar Flores<br><sub>Print Name      Middle Name      Last Name</sub> | Case number *(if known)* <u>20-15320</u> |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Christopher Salamone
<sub>Signature</sub>

Date 06/24/2021

Print    **Christopher Salamone**
<sub>First Name      Middle Name      Last Name</sub>

Title    Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address    6409 Congress Avenue, Suite 100
<sub>Number      Street</sub>

Boca Raton, FL 33487
<sub>City                                    State      ZIP Code</sub>

Contact Phone    470-321-7112

Email    csalamone@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Byron V Flores
14035 NW 3rd Avenue
Miami, FL 33168-4009

And via electronic mail to:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                            By: /s/ Sacoria Registre
                                                 Sacoria Registre
                                                 sregistre@raslg.com



**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Telephone: Florida Office (561) 241-6901

**Invoice to:**
PHH Mortgage
Attn:  PHH Mortgage
1 Mortgage Way
Mail Stop SCEP
Mount Laurel    NJ    08054

| | |
|---|---|
| Client Code: | |
| Invoice Date: | 05/28/2021 |
| File Number: | |
| Fed Type: | Conventional |
| W/O Number: | |
| Loan Number: | -BYRON FLORES |
| Property: | 14035 NW 3rd Ave |
| | Miami, FL 33168-4009 |

Reason for Billing:    CH13 BKY-POC/Plan Re

| Fullfilment Date | Service Code | Fee/Cost Description | Recoverability | Fee/Cost | Total |
|---|---|---|---|---|---|
| 05/13/2021 | BK-4156 | Bankruptcy Amended Plan Review | Recoverable | Fee | 150.00 |

Processors:
Talisa Vales
Talisa Vales

**Total Due Upon Receipt:**    150.00

Page 1



6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: (561) 241-6901/Fax: (561) 241-6901



**Invoice to:**
PHH Mortgage
PHH Mortgage
1 Mortgage Way
Mail Stop SCEP
Mount Laurel          NJ    08054

| | |
|---|---|
| **Client Code:** | |
| **Invoice Date:** | 01/29/2021 |
| **File Number:** | |
| **Fed Type:** | Conventional |
| **W/O Number:** | |
| **Loan Number:** | -BYRON FLORES |
| **Property:** | 14035 NW 3rd Ave |
| | Miami, FL 33168-4009 |

**Reason for Billing:**    CH13 BKY-POC/Plan Re

| Date | S/C | Type | Service Description | Recoverability | Total |
|---|---|---|---|---|---|
| 01/20/21 | BK-4156 | Fee | Bankruptcy Amended Plan Review | Recoverable | 150.00 |

Processors:
Talisa Vales
Talisa Vales

**Total Due Upon Receipt:**    150.00